# COMPLAINT
(for filers who are prisoners without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Nicholas J. Steinke

v.

Case Number:

(Full name of defendant(s))

Beth Dittmann W/I D.O.C. HSU Manager DCI

W/I D.O.C. DCI responding Staff / John Doe / Jane Doe

W/I D.O.C. DCI HSU Unit

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   Waupun Correctional Institution, PO Box 351, Waupun WI 53963
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Beth Dittmann__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at Dodge Correctional Institution PO Box 700 Waupun WI 53963
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Dodge Correctional Institution PO Box 700 Waupun WI 53963
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Nicholas Steinke was an inmate at Dodge Correctional Institution in Waupun, WI. On 6-27-16 I told both working C.O.'s on First Shift on Unit 24 as well as informing HSU apon arrival into institution as well as prior medical conditions they are well aware of ẽ lower bunk restrictions. For my siezures that I could not get on a top bunk for my medical condition ẽ my safety risk this was compleatly ignored ẽ my safety was blantly put at risk while in cell my cellmate seen me fall off top bunk from siezure ẽ hit cell door to get staff attention ẽ alert staff. that staff Forced me into cell on top bunk.

Complaint – 2



Complaint – 3

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am Seeking $1,000,000.00 Cash award on the grounds of: Failure to provide medical attention, Cruel & unusal punishment, deliberate indifference, Violating my constitutional rights, neglegence, Pain & Suffering, Mental & emotional Strife, damages

E.  JURY DEMAND

I want a jury to hear my case.

[X] – YES        [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___2___ day of ___May___ 20_17_.

Respectfully Submitted,

_____
Signature of Plaintiff

___397121___
Plaintiff's Prisoner ID Number

Nicholas Steinke #397121 Waupun Correctional Institution

PO Box 351, Waupun WI 53963
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

[X]  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ]  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.