UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICHOLAS J. STEINKE,

                Plaintiff,

v.                                                      Case No. 17-cv-656-pp

BETH DITTMANN, *et al.*,

                Defendants.

**ORDER GRANTING THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 27) AND GRANTING THE DEFENDANTS' MOTION FOR RELIEF FROM SCHEDULING ORDER (DKT. NO. 28)**

On February 1, 2018, the plaintiff filed a motion for extension of time to file amended pleadings (which were due February 20, 2018) and to complete discovery (originally set to complete on March 20, 2018). Dkt. No. 27. He explains that he needs more time to identify John Doe defendants, because individuals at the Dodge Correctional Institution ("DCI") have not given him the information he asked for. Id. The defendants have not responded to the motion. They have, however, filed their own motion, asking the court to extend the dates in the scheduling order to May 31, 2018 for completing discovery and July 6, 2018 for filing dispositive motions. Dkt. No. 28. The court will grant both requests.

The plaintiff also asks the court to order DCI to give him the information he requested. Dkt. No. 27. The defendants indicate, however, that they never received any discovery requests from the plaintiff, but assert that they have

1

taken steps to resolve the discovery issue. Dkt. No. 28, ¶¶7-8. The court will not order DCI to produce any information at this time; it expects that the parties will resolve the issue without the court's involvement. See Fed. R. Civ. P. 5(d)(1). If they are unable to do so, the plaintiff may renew his request (although the court advises him to look closely at Local Rule 37 before filing any other motions to compel the other side to do anything—there are requirements a party must fulfill before filing such a motion).

The court also advises the plaintiff that if he serves discovery demands on the defendants, he must serve those demands at least thirty days (and preferably even earlier) before the deadline for the close of discovery, to give the defendants sufficient time to respond to his requests. The court also reminds the plaintiff that if he files any motions, he must put them in the prison mail in time for the court to receive them by the deadline the court has set.

The court **GRANTS** the plaintiff's motion for extension of time to amend pleadings and to complete discovery. Dkt. No. 27.

The court **GRANTS** the defendants' motion for relief from scheduling order. Dkt. No. 28.

The court **ORDERS** that any party wishing to file amended pleadings shall do so by the end of the day on **April 30, 2018**. The court **ORDERS** that the parties shall serve all discovery demands in time to complete discovery by

the end of the day on **May 31, 2018**. The court **ORDERS** that any party wishing to file dispositive motions shall do so by the end of the day on **July 6, 2018**.

Dated in Milwaukee, Wisconsin this 26th day of February, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**